MARY JANE PEEK, as Executrix, etc., Appellant, *v.* DAVID CADY SMITH, as Executor, etc., Respondent.

(Argued October 8, 1888; decided October 23, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 22, 1885, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial, without a jury.

*Matthew Hale* for appellant.

*S. W. Jackson* for respondent

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

CHARLOTTE A. WAKEMAN et al., as Executors, etc., Appellants, *v.* GEORGE H. EVERETT, Respondent.

(Argued October 9, 1888; decided October 23, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 28, 1886, which modified and affirmed, as modified, a judgment in favor of defendant, entered upon the report of a referee.

*P. H. Vernon* for appellant.

*William G. Peckham* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.